EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Ana Mirva Correa de Suárez | 2010 TSPR 45<br><br>178 DPR ____ |

Número del Caso: TS-4360

Fecha: 30 de marzo de 2010

Abogado de la Parte Peticionaria:

      Por derecho propio

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


Ana Mirva Correa de Suárez

4360


RESOLUCIÓN


San Juan, Puerto Rico, a 30 de marzo de 2010.

Examinada la solicitud presentada por la Lcda. Ana Mirva Correa de Suárez, se autoriza su baja voluntaria del ejercicio de la profesión.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo